UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS INC,

　　　　　　　　　Plaintiff,

　　v.

RJD ENTERPRISES INC,

　　　　　　　　　Defendant.

C20-648 TSZ

MINUTE ORDER

　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　(1)　Default against Defendant having been entered by Minute Order dated July 23, 2020, docket no. 8, the Court sua sponte STRIKES the deadline for a Rule 26(f) conference, set for September 18, 2020, and the deadlines for initial disclosures and submission of a joint status report, set for October 2, 2020.  Plaintiff's related Motion to Continue Court Dates, docket no. 9, is STRICKEN as moot.

　　(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　Dated this 28th day of September, 2020.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1